UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Water & Sand International Capital, )
Ltd. )
Cupecoy Beach Club, Suite 201 )
Lowlands, St. Maarten, Netherlands Antilles )
 )
v. ) C.A. No. _____
 )
Capacitive Deionization Technology Systems, )
Inc. )
4251 Kellway Circle, Addison Texas )
    Serve: Registered Agent )
        c/o Traci M. Parsons )
        4251 Kellway Circle )
        Addison, TX 75001 )

**COMPLAINT**
**Action for Damages Under Promissory Notes**

Plaintiff Water & Sand International Capital, Ltd. hereby sues defendant Capacitive Deionization Technology Systems, Inc. d/b/a CDT Systems, Inc. for $3.2 million in unpaid promissory notes, plus interest pursuant to the terms of the notes.

**Parties and Jurisdiction**

1.    Plaintiff Water & Sand International Capital, Ltd., also known as Water & Sand International Capital, Inc. (W&S), is a Delaware corporation. Its principal place of business is Cupecoy Beach Club, Suite 201, Lowlands, St. Maarten, Netherlands Antilles. It also owns real property in the District of Columbia. The President and sole shareholder of W&S is Chester Nosal, a lawyer with an office in the District of Columbia.

1

2.   Defendant Capacitive Deionization Technology Systems, Inc., d/b/a CDT Systems, Inc. (CDT), is a Nevada corporation with its principal place of business in Addison, Texas. It is not a citizen of the District of Columbia or Delaware within the meaning of 28 U.S.C.§ 1331(c).

3.   This Court has subject matter jurisdiction over the claims asserted herein pursuant to 28 U.S.C. § 1331.  The matter in controversy exceeds $75,000.  Under the provisions of the promissory notes attached hereto as Exhibits 1 and 2, CDT consented to personal jurisdiction in the District of Columbia.  Venue properly lies in this Court pursuant to 28 U.S.C. § 1391(c).

### Exhibits to this Complaint

4.   The documents attached hereto and incorporated herein by reference are identified in the chart below:

| Exhibit 1 | Consolidated Demand Note in the face amount of $3 million | November 1, 2006 |
| --- | --- | --- |
| Exhibit 2 | Consolidated Demand Note in the face amount of $200,000 | November 2, 2006 |

### Factual Background

5.   CDT is engaged in the business of water filtration and purification, and operates as licensee for manufacturing and marketing under patents of the U.S. Department of Energy, Lawrence Livermore National Laboratory. W&S made loans to CDT under written agreements memorialized under promissory notes within three years of the date this action is filed and otherwise within the period of limitations applicable to these transactions.

2

6. CDT has failed to make timely payment under the promissory notes attached hereto as Exhibits 1 and 2, in the amount of $3.2 million, exclusive of interest, and despite proper demand having been made, CDT has failed and refused to tender payment of that amount.

7. Exhibit 1 is a true copy of the Consolidated Demand Note of November 1, 2006, which was negotiated by Nosal over a period of several months, from May to October 2006, by telephone from his locations in the District of Columbia, Florida and Gibralter, with officers of CDT. The promissory note was executed by the Chairman and Chief Operating Officer of CDT at the time, Dallas Talley, and attested to by its then Chief Financial Officer, Phil Marshall in Dallas, Texas.

8. Exhibit 2 is a true copy of the Consolidated Demand Note of November 2, 2006, which was negotiated by Nosal over a period of several months, from May to October 2006, by telephone from his locations in the District of Columbia, Florida and Gibralter, with officers of CDT. The promissory note was executed by Talley, and attested to by Marshall.

9. Under the Consolidated Demand Note of November 1, 2006 (Exhibit 1), the total amount of principal owing and due is $3,000,000 as of December 31, 2007.

10. Under the Consolidated Demand Note of November 1, 2006 (Exhibit 1), the total amount of interest owing and due is $1,405,500 as of December 31, 2007. Because the note was not paid when due, interest

continues to accrue at a rate of three percent (3%) per month pursuant to the terms of the Note.

11.   Under the Consolidated Demand Note of November 2, 2006 (Exhibit 2), the total amount of principal owing and due is $200,000 as of December 31, 2007.

12.   Under the Consolidated Demand Note of November 2, 2006 (Exhibit 2), the total amount of interest owing and due is $57,326 as of December 31, 2007. Because the note was not paid when due, interest continues to accrue at a rate of three percent (3%) per month pursuant to the terms of the Note.

## COUNT I

### (Damages in Contract Based on Promissory Notes)

13.   Plaintiff incorporates by reference the allegations in paragraphs 1 through 12 above.

14.   W&S made proper and timely demand for payment under the promissory notes, but CDT, as obligor, has failed and refused to make or tender payment.

15.   Under the provisions of the Consolidated Promissory Note of November 1, 2006 and the Consolidated Promissory Note of November 2, 2006, W&S seeks damages in contract for principal and interest in the amount of $4,762,826 as of December 31, 2007, and for additional interest accrued after that date.

WHEREFORE, Water & Sand International Capital, Ltd., prays that judgment be entered against Capacitive Deionization Technology Systems, Inc.

for compensatory damages in the amount of $4,762,826 as of December 31, 2007, and interest accrued after that date, the award of attorney's fees and costs and such further and additional relief as the Court may deem appropriate.

*[signature]*
Glenn A. Mitchell (#052233)
gamitchell@steinmitchell.com
David U. Fierst (#912899)
dfierst@steinmitchell.com
Stein, Mitchell & Mezines, LLP
1100 Connecticut Avenue
Suite 1100
Washington D.C. 20036
Tel: 202-737-7777
Fax: 202-296-8312

January 16, 2008

### Declaration of Chester Nosal

I, Chester Nosal, hereby declare under penalty of perjury that the above allegations are true and correct, that the exhibits attached hereto are true and correct copies of the originals, and that these statements are made on personal knowledge. Executed on January ___, 2008.

_____
Chester Nosal
President,
Water & Sand International Capital, Ltd.

knowledge. Executed on January _16_, 2008.

_____
Chester Nosal
President,
Water & Sand International Capital, Ltd.

5

## CONSOLIDATED DEMAND NOTE

$3,000,000                                                                                                  November 1, 2006

FOR VALUE IN HAND RECEIVED, CAPACITIVE DEIONIZATION TECHNOLOGY SYSTEMS, INC. (CDT) a corporation incorporated in Nevada, promises to pay on demand Water & Sand International Capital, Inc. (W&S) with offices at Cupecoy Beach Club Suite 201, Lowlands, St. Maarten, Netherlands Antilles, or its order, the principal sum of Three Million USD, plus interest at the rate of one and one-half percent (1 1/2%) per month on or before April 30, 2006. Payment shall be made at the offices of RBTT Bank St. Maarten, NV, Front Street, Emmaplein, Philipsburg, St. Maarten, Netherlands Antilles or as Payee, through its attorney (Chester Nosal), may designate in writing from time to time.

At any time W&S or the holder of this note upon 65 days prior written notice to CDT may convert any and all of this note payable and accrued interest to CDT Rule 144 common stock at a price of twenty cents ($.20) USD per share. Interest shall accrue at the rate of three percent (3%) per month until paid in full if the note is not paid in full on or before April 30, 2006. This note may be paid in whole or in part at any time.

Moreover, CDT irrevocably consents to personal jurisdiction in the District of Columbia for purposes of any collection action, which may be necessary to insure payment of this note; and it further consents to having any collection action to be heard solely before the courts of the District of Columbia under Nevada law. This note is a consolidation of all prior notes owed to W&S at November 1, 2006.

MAKER:
Capacitive Deionization Technology Systems, Inc.

*Dallas Talley*
Dallas Talley, Chairman

ATTESTED TO:

*Phil Marshall*
Phil Marshall, Chief Financial Officer

Exhibit G                                                                                                   051

*Promissory Note*

## CONSOLIDATED DEMAND NOTE

$200,000                                                              November 2, 2006

FOR VALUE IN HAND RECEIVED, CAPACITIVE DEIONIZATION TECHNOLOGY SYSTEMS, INC. (CDT) a corporation incorporated in Nevada, promises to pay on demand Water & Sand International Capital, Inc. (W&S) with offices at Cupecoy Beach Club Suite 201, Lowlands, St. Maarten, Netherlands Antilles, or its order, the principal sum of Three Hundred Thousand USD, plus interest at the rate of one and one-half percent (1 1/2%) per month on or before June 30, 2007. Payment shall be made at the offices of RBTT Bank St. Maarten, NV, Front Street, Emmaplein, Philipsburg, St. Maarten, Netherlands Antilles or as Payee, through its attorney (Chester Nosal), may designate in writing from time to time.

Funds under this note will be released $50,000 on October 24, 2006 and monthly thereafter continuing until January 24, 2007.

At any time W&S or the holder of this note upon 65 days prior written notice to CDT may convert any and all of this note payable and accrued interest to CDT Rule 144 common stock at a price of twenty cents ($.20) USD per share. Interest shall accrue at the rate of three percent (3%) per month until paid in full if the note is not paid in full on or before June 30, 2007. This note may be paid in whole or in part at any time.

Moreover, CDT irrevocably consents to personal jurisdiction in the District of Columbia for purposes of any collection action, which may be necessary to insure payment of this note; and it further consents to having any collection action to be heard solely before the courts of the District of Columbia under Nevada law.

MAKER:
Capacitive Deionization Technology Systems, Inc.

*[signature]*
Dallas Talley, Chairman

ATTESTED TO:

*[signature]*
Phil Marshall, Chief Financial Officer

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Water & Sand International Capital, Ltd. | Capacitive Deionization Technology Systems, Inc., d/b/a CDT Systems, Inc. |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  99999
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Glenn A. Mitchell
David U. Fierst
Stein, Mitchell & Mezines LLP
1100 Connecticut Ave. Suite 1100
Washington D.C. 20036

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ● 5 | ● 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act
Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

● **E. General Civil (Other)**   OR   ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Collection of debt of $3.2 million plus interest pursuant to demand notes.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ $4.7 million   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☒   NO ☐   If yes, please complete related case form.

DATE 1/16/2008   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.