CO-386-online
10/03

# United States District Court
# For the District of Columbia

Water & Sand International Capital, Ltd. )
)
)
)
vs              Plaintiff )   Civil Action No._____
)
Capacitive Deionization Technology )
Systems, Inc., d/b/a CDT Systems, Inc. )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Water & Sand International Capital, Ltd.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Water & Sand International Capital, Ltd.  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

912899
BAR IDENTIFICATION NO.

David U. Fierst
Print Name

1100 Connecticut Ave.
Address

Washington    D.C.    20036
City          State   Zip Code

202-737-7777
Phone Number