81060

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Water & Sand International Capital, Ltd.
Cupecoy Beach Club, Suite 201
Lowlands, St. Maarten, Netherlands Antilles

*Call for entry*
*(4) 934-1586*

**SUMMONS IN A CIVIL CASE**

V.

Capacitive Deionization Technology Systems,
Inc.
4251 Kellway Circle, Addison Texas

Case: 1:08-cv-00088
CAS  Assigned To : Lamberth, Royce C.
Assign. Date : 1/16/2008
Description: Contract

TO: (Name and address of Defendant)

Capacitive Deionization Technology Systems, Inc.
c/o Traci M. Parsons
4251 Kellway Circle
Addison, TX 75001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Glenn A. Mitchell
David U. Fierst
Stein, Mitchell & Mezines LLP
Suite 1100
1100 Connecticut Avenue
Washington D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 16 2008

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | January 22, 2008 at 11:10 am |

| NAME OF SERVER (PRINT) Kirk French | TITLE Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Capacitive Deionization Technology Systems, Inc. by delivering to Traci M. Parsons, authorized to accept at 4251 Kellway Circle, Addison, Texas 75001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 65.00 | TOTAL 65.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-22-08
           Date              Signature of Server

Kirk French
Supreme Court No. SCH000000484

Address of Server

Lawyers Civil Process, Inc.
400 S. Houston Street, Suite 105
Dallas, Texas 75202

Subscribed and sworn to before me this ____ day of Jan., 20 08.

Notary Public

MELISSA WOOLEY
MY COMMISSION EXPIRES
December 4, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.