UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Water & Sand International Capital, Ltd.)
)
v.                                                   )     C. A. No. 1:08-cv-88 RCL
)
Capacitive Deionization Technology      )
Systems, Inc., d/b/a CDT Systems         )

DEFENDANT'S MOTION TO DISMISS

Defendant Capacitive Deionization Technology Systems, Inc. ("Defendant" or "CDT Systems"), for the reasons stated in more detail in the accompanying supporting memorandum, moves the Court to dismiss the instant case brought by Water & Sand International Capitol, LTD ("Plaintiff" or "W&S, LTD.") in that:

(1) Personal jurisdiction is lacking as to CDT Systems because (a) CDT Systems does not have the requisite minimum contacts with the District of Columbia; and (b) in any event W&S, LTD.'s purported basis for forum selection and accordingly jurisdiction in the District of Columbia, is contrived based upon fraud, undue influence and overweening bargaining power;

(2) W&S, LTD. Improperly seeks to litigate in this Court a matter which relates to and arises out of the identical facts sub judice in two pending actions in the federal court for the Northern District of Texas, Dallas Division (the "Texas Cases") styled:

(a) CDT v. Nosal, Civil Action 07-cv-1215-P  "Nosal Case") and

(b) CDT v. Water & Sand International Capital, Inc., Civil Action 08-cv-38
    ("W&S Case").

(3) Should this Court deny dismissal notwithstanding the above, then CDT Systems alternatively moves this Court pursuant to 28 USC 1404(a) and consistent with general principles of <u>forum non conveniens</u> to transfer this case to the Northern District of Texas so that it may be litigated there with the already pending Nosal and W&S cases.

(4) Alternatively, should the above relied be denied, then the Court should stay this case pending resolution of the Texas cases referenced above.

A proposed order is attached for the Court's consideration.

Respectfully submitted,

_____/s/_____
Stephen W. Grafman (32912)
Sharp & Associates
1215 19th Street, N.W.
Washington, D.C. 20036
202/467-1609
202/467-1625 (fax)

Counsel for Defendant CDT Systems

.

February 11, 2008

Certificate of Service

I certify that this 11th day of February 2008 I served the foregoing motion papers electronically and also by first class mail postage prepaid to counsel for plaintiff:

> Glenn A. Mitchell
> David U. Fierst
> Stein, Mitchell & Mezines, LLP
> 1100 Connecticut Avenue
> Suite 1100
> Washington, D.C. 20036

_____/s/_____
Stephen W. Grafman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Water & Sand International Capital, Ltd.)
)
v.                                                              )          C. A. No. 1:08-cv-88 RCL
)
Capacitive Deionization Technology    )
Systems, Inc., d/b/a CDT Systems       )

O R D E R

Upon consideration of Defendant CDT System's motion to dismiss or in the alternative to transfer or stay this litigation, and upon consideration of all matter in support and opposition there to, it is this _____ day of _____2008

ORDERED that Defendant CDT Systems motion to dismiss is granted.

**[**or ORDERED that Defendant's motion to transfer this case to the United States District Court for the Northern District of Texas is granted**.]**

**[**or ORDERED in the alternative that Defendant's motion to dismiss is denied, but this case be and it is stayed pending resolution of CDT Systems v. Nosal, 07-cv-1215-P and CDT v. Water & Sand International Capital, Inc., 08-cv-38, both pending in the United States District Court for the Northern District of Texas, Dallas Division**.]**

_____
J U D G E

cc:    Glenn A. Mitchell
       David U. Fierst
       Stein, Mitchell, & Mezines, LLP
       1000 Connecticut Avenue, NW
       Suite 1100
       Washington, D.C.  20036
       Counsel for Plaintiff

       Stephen W. Grafman
       Sharp & Associates
       1215 19th Street, NW
       Washington, DC  20036
       Counsel for Defendant