UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WATER & SAND INTERNATIONAL CAPITAL, LTD., | ) ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 08-88 (RCL) |
| v. | ) ) | |
| CAPACITIVE DEIONIZATION TECHNOLOGY SYSTEMS, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter comes before the Court on defendant's motion [7] to dismiss. Upon consideration of the motion, the opposition and reply briefs, the entire record herein, and applicable law, it is hereby, for the reasons set forth in an accompanying Memorandum Opinion,

ORDERED that defendant's motion is DENIED. Further, this matter will not be transferred to the Northern District of Texas or stayed pending litigation in that district. It is further hereby

ORDERED that plaintiff's motion [10] for leave to file supplemental affidavit is GRANTED. The affidavit of Phillip Marshall dated March 11, 2008 shall be deemed filed as of this date.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on July 7, 2008.