UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WATER & SAND INTERNATIONAL CAPITAL, LTD., | ) ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 08-88 (RCL) |
| v. | ) ) | |
| CAPACITIVE DEIONIZATION TECHNOLOGY SYSTEMS, INC. | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

  Defendant Capacitive Deionization Technology Systems, Inc.'s answer is due ten (10) days from this date. Accordingly, a Local Rule 16.3 Conference shall be held within fifteen (15) days of the date when defendant files its answer. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

  SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on July 7, 2008