UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WATER & SAND INTERNATIONAL CAPITAL, )
LTD.                                )
               PLAINTIFF,          )
V.                                  )
                                    )    C.A. NO. 08-CV-88 - RCL
CAPACITIVE DEIONIZATION             )
TECHNOLOGY SYSTEMS,                 )
INC. D/B/A CDT SYSTEMS, INC.        )
                                    )
               DEFENDANT,          )

DEFENDANT CDT MOTION FOR CORRECTION
AND EXTENSION OF TIME TO RESPOND

On July 7, 2008, the Court entered its order denying Defendant's motion to dismiss and for other related relief, indicating that an Answer was to be filed within ten (10) days. Earlier today (July 14, 2008), the Court entered an Order specifying that the Defendant CDT Systems, Inc. was to file its Answer of July 17, 2008.

With due respect, the entry of today's Order is inconsistent with Rule 6 of the Federal Rules of Civil Procedure, which state that in calculating time periods, the day of the event is excluded; and further that when the time to respond is less than eleven (11) days, Saturdays, Sundays, and legal holidays are excluded from the time calculation. Accordingly, since the time to respond was for the ten (10) day period would commence to run from July 8, 2008, Saturday (July 12, 2008) and Sunday (July 13, 2008) should not be counted in computing the time to respond. Accordingly, the Answer should be due on Monday, July 21, 2008.

In addition, since Defendant, CDT Systems, Inc. is located in Houston, Texas and there is a need for further consultation with the client's representative before filing, we would respectfully request an additional seven (7) days until Monday July 28, 2008 in which to Answer and/or otherwise respond, which may include a Counterclaim and Third Party Complaint(s).

We are aware of no prejudice that would result from this short extension of time. A call today to Plaintiff's counsel, Mr. Fierst, was responded to with a voice mail stating he was out of his office until July 22, 2008. This absence makes it even clearer that there would be no prejudice to the Plaintiff.

A proposed Order is attached hereto for the Court's consideration, to carry the foregoing into effect.

_____/s/_____
Stephen W. Grafman (032912)
Sharp & Associates
1215 19th Street NW
Washington, DC 20036
(202) 467-1609
Counsel for Defendant CDT Systems, Inc.

- 3 -

Certificate of Service

    I certify that a copy was electronically filed pursuant to court rule and that a hard copy was mailed this 14th day of July, 2008, together with a proposed order:

        David U. Fierst
        Stein, Mitchell & Mezines, LLP
        1100 Connecticut Avenue, NW
        Suite 1100
        Washington, DC 20036


        _____/s/_____
        Stephen W. Grafman (032912)

July 14, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WATER & SAND INTERNATIONAL CAPITAL, )
LTD.                                )
                 PLAINTIFF,   )
V.                                  )
                              ) C.A. NO. 08-CV-88 - RCL
CAPACITIVE DEIONIZATION           )
TECHNOLOGY SYSTEMS,               )
INC. D/B/A CDT SYSTEMS, INC.      )
                                   )
                 DEFENDANT,   )

ORDER

Upon consideration of Defendant's motion for extension of time to respond to the Complaint, it is this ____ day of July 2008.

ORDERED that the motion is granted and Defendant CDT Systems, Inc. will have until July 28, 2008 to Answer and file any additional papers it deems appropriate (not inconsistent with the motion to dismiss, previously denied), including but not necessarily limited to a Counterclaim and/or a Third Party Complaint(s).

                                                      _____
                                                         Chief Judge

cc:    Stephen W. Grafman
       Sharp & Associates
       1215 19th Street, NW
       Washington, DC 20036
       202.467.1609 (phone)
       202.467.1625 (fax)
       sgrafman@sharp-assoc.com
       Counsel for Defendant

- 2 -

David U. Fierst
Stein, Mitchell & Mezines, LLP
1100 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
202.737.7777 (phone)
202.296.8312 (fax)
dfierst@steinmitchell.com