## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WATER & SAND INTERNATIONAL CAPITAL, )
LTD.                                                    )
                               PLAINTIFF,     )
V.                                                        )
                                                           )    C.A. NO. 08-CV-88 - RCL
CAPACITIVE DEIONIZATION                    )
TECHNOLOGY SYSTEMS,                       )
INC. D/B/A CDT SYSTEMS, INC.              )
                                                           )
                               DEFENDANT.    )

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S
### CROSS MOTION FOR SUMMARY JUDGMENT

Defendant, Capacitive Deionization Technology Systems ("CDT") herein, enters its opposition to plaintiff Water & Sand International, Ltd's ("LTD") motion for partial summary judgment.

In support of this opposition CDT adopts and incorporates herein its reply brief to LTD's opposition to CDT's motion for summary judgment filed simultaneous herewith and in the alternative for dismissal of LTD's motion for failure to state a claim upon which relief may be granted.

(Page 1 of 2)

WHEREFORE, for the reasons advanced and incorporated herein by reference

CDT prays that LTD's motion for partial summary judgment be dismissed.  A proposed

Order for the Court's consideration is attached hereto.



_____/s/_____
Stephen W. Grafman (032912)
Sharp & Associates
1215 19th Street NW
Washington, DC 20036
(202) 467-1609
Counsel for Defendant CDT Systems, Inc.

August 13, 2008


<u>Certificate of Service</u>

I certify that a copy of the foregoing Opposition, was served electronically this 13thh day of August 2008 to counsel for the plaintiff herein: David U. Fierst, Stein, Mitchell & Mezines, LLP, 1100 Connecticut Avenue, N.W., Suite 1100, Washington, D.C.  20036.

_____/s/_____
Stephen W. Grafman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


WATER & SAND INTERNATIONAL CAPITAL, ) 
LTD.                                )
                        PLAINTIFF,  )
V.                                  )
                                    )      C.A. NO. 08-CV-88 - RCL
CAPACITIVE DEIONIZATION             )
TECHNOLOGY SYSTEMS,                 )
INC. D/B/A CDT SYSTEMS, INC.        )
                                    )
                        DEFENDANT.  )


<u>ORDER</u>

Upon consideration of Defendant, Capacitive Deionization (CDT), motion for summary

judgment and on consideration of Plaintiff, Water & Sand International Capital, LTD

motion for summary judgment, and upon consideration of all matters in support and

opposition thereto, it is this ___ day of ____, 2008.


ORDERED as follows:


    (1)    Defendant CDT motion for summary judgment is GRANTED;

    (2)    Plaintiff LTD's Morton for partial summary judgment is DENIED


And this case accordingly is DISMISSED.


                                        _____

                                        Chief Judge

cc:     Stephen W. Grafman
        Sharp & Associates
        1215 19th Street, NW
        Washington, D.C.  20036
        *Counsel for Defendant, CDT*

        David U. Fierst
        Stein, Mitchell & Mezines, LLP
        1100 Connecticut Avenue, NW
        Washington, D.C.  20036
        *Counsel for Plaintiff, LTD*